Samuel L. Goldenberg, Appellant, v. Paul Fuller and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Cecelia De Mitry, Appellant, v. Olin J. Stephens, Incorporated, Respondent. Ulisse De Mitry, Appellant, v. Olin J. Stephens, Incorporated, Respondent.— Judgments and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph O. Hammitt, Appellant, v. William J. Gaynor, Mayor of the City of New York, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Robert H. Roberts, Respondent, v. Grove Straw Hat Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer within twenty days on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles E. Miller, Appellant, v. George Harvey, Respondent.— Determination affirmed, with costs, on opinion of Page, J. (Reported in 83 Misc. Rep. 59.) Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lucia Accreditatta Calabrisotto, as Administratrix, etc., Respondent, v. Postal Transfer Service, Incorporated, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William H. McWhirter, Appellant, v. Abner T. Bowen, Respondent. Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Edward C. Wolfe, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William H. Black, Respondent, v. Bayard Fonda and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John Faucett, Appellant, v. Charles Seipp, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Pine E. Bush, Appellant, v. Marion E. Bush and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Albin Schaefer, Appellant, v. Morgan Steam Laundry Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.